

U.S. Bankruptcy Court
District of Nevada (Las Vegas)

Bankruptcy Petition #: 89-22980

Date filed: 9/25/89                     Date terminated: 4/17/95
Assigned to: LINDA B. RIEGLE
Chapter 7   voluntary              asset


=======================          * Attorneys *

FIRST NAT'L FINANCIAL PLNG INC   WILLIAM L. MCGIMSEY
101 CONVENTION CENTER DR          601 E CHARLESTON BLVD
LAS VEGAS, NV 89109               LAS VEGAS, NV 89104
Tax ID: 88-184591                 702-382-9948
     * Debtor *


-------------------------



JACK FIDELMAN                     LENARD E SCHWARTZER
3170 W. SAHARA AVE. STE D-21      LENARD E SCHWARTZER
LAS VEGAS, NV 89102               BOX 8
     * Trustee *                  2300 W SAHARA AVE #800
                                  LAS VEGAS, NV 89102
                                  702-362-5118

--------------------------------------------------
Proceedings include events between 4/1/98 and 6/24/98.        CLOSED ARCHIV

4/22/98  208    Motion By Creditor WILMA M CONN To Pay Unclaimed Dividends
                Of $ 721.25 . (mw) [EOD 04/23/98]


4/9/01          Order For Payment Of Unclaimed Funds Declared Due To Charlotte Nort
                In The Amount Of $232.58 (ml) [EOD 4/13/01]






                    U.S. Bankruptcy Court
              District of Nevada (Las Vegas)

            Bankruptcy Petition #: 91-22677

Date filed: 7/11/91                 Date terminated: 1/12/01
Assigned to: ROBERT C. JONES
Chapter 11  voluntary   individual   no asset


========================        * Attorneys *

NORMAN KAYE                      MICHAEL DAWSON
1608 RAINDANCE WAY               626 S 3RD ST
LAS VEGAS, NV 89109             LAS VEGAS, NV 89101
SSN: 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                702-384-0111
      * Debtor *
                                MICHAEL C VAN
                                1336 S DECATUR BLVD
                                LAS VEGAS, NV 89102
                                702-

CHERYLE J. KAYE                 MICHAEL DAWSON
1608 RAINDANCE WAY              (See above)
LAS VEGAS, NV 89109
SSN: 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                MICHAEL C VAN
      * Debtor *                (See above)
                                MICHAEL C VAN
                                (See above)


-------------------------

BERKELEY L. BUNKER              BONNIE JEAN BOYCE
930 SO. FOURTH ST. STE. 200     515 S 3RD ST
LAS VEGAS, NV 89101             LAS VEGAS, NV 89101
      * Trustee *               702-382-9232

CHRISTOPHER H BYRD, ESQ         TIMOTHY S CORY
      * Trustee *               3016 W CHARLESTON BLVD #210
                                LAS VEGAS, NV 89102
                                702-388-1996

----------------------------------------------------
Proceedings include events between 1/22/01 and 1/25/01.     CLOSED

1/22/01  941    Return of Exhibits Re: [941-1] Disposition of Exhibits
                Notice of (ms) [EOD 01/25/01] [91-22677]


Docket as of January 25, 2001 10:57 am          Page 1

```
                    U.S. Bankruptcy Court
                District of Nevada (Las Vegas)

              Bankruptcy Petition #: 89-22980
```

Date filed: 9/25/89                     Date terminated: 4/17/95
Assigned to: LINDA B. RIEGLE
Chapter 7   voluntary              asset


========================            * Attorneys *

FIRST NAT'L FINANCIAL PLNG INC    WILLIAM L. MCGIMSEY
101 CONVENTION CENTER DR          601 E. CHARLESTON BLVD.
LAS VEGAS, NV 89109               LAS VEGAS, NV 89104
Tax ID:  88-184591                702-382-9948
      * Debtor *


--------------------------

JACK FIDELMAN                     LENARD E. SCHWARTZER
3170 W. SAHARA AVE. STE D-21      LENARD E. SCHWARTZER
LAS VEGAS, NV 89102               2300 W. SAHARA AVE. STE 800
      * Trustee *                 BOX 8
                                  LAS VEGAS, NV 89102
                                  702-


---------------------------------------------------
Proceedings include events between 1/1/1 and 3/4/96.      CLOSED ARCHIV

5/18/90  --      Complaint (90-2070) Ray Farrer, Trustee  vs. Lucille
                 Sabatini . NOS 498 Other Action, Not Related . ( Filing
                 Fee $ 120.00 Receipt # 32465) (jul) [EOD 10/28/91]

2/13/92  1       As of 02/13/92 this case is being docketed on BANCAP. This
                 case might have other information on Nibs Database. (mw)
                 [EOD 02/14/92]

2/13/92  2       Application By Matthew Q. Callister for Trustee Ray Farrer
                 For Compensation ( Fees: $ 530.00,  Expenses: $ 634.73) .
                 (mw) [EOD 02/14/92]

2/13/92  3       Response By Interested Party Arthur Sherwood To Objections
                 of United States Trustee, 02-13-92 at 4:00 PM, Exh A-C (mw)
                 [EOD 02/14/92]

2/18/92  4       Receipt of Copy RE: [2-1] Application For Compensation (
                 Fees: $ 530.00,  Expenses: $ 634.73) by Matthew Q.
                 Callister (mw) [EOD 02/19/92]

Proceedings include events between 1/1/1 and 3/4/96.                    CLOSED ARCHIV
89-22980         In re: FIRST NAT'L FINANCIAL PLNG INC

2/20/92  5      Order, For Compensation ( Fees: $ 27022.50,  Expenses: $
                1839.69) payment to Matthew Q. Callister of $27022.50 in
                fees and $1839.69 in expenses services rendered on behalf
                of the bkcy. estate through 12-31-91.  However, this
                compensation and reimbursement of exps. does include
                services rendered after Dec. 31, 1991 only for the
                preparation of the Fee application and the cost of mailing
                such applications.  IT IS FURTHER ORDERED that said
                compensation is awarded without prejudice to Callister &
                Reynold's right to seek additional compensation for this
                period at a later time.  IT IS FURTHER ORDERED that payment
                of said fees is allowed upon the entry of this order by
                this Honorable ct. (pris) [EOD 02/21/92]

2/20/92  6      Order, For Compensation ( Fees: $ 30075.00, ) payment to
                Ray Farrer of $30,075.00 in fees IT IS FURTHER ORDERED
                that said compensation is awarded without prejudice to the
                trs. right to seek additional compensation for this period
                at a later time. IT IS FURTHER ORDERED that payment of said
                fees is allowed upon the entry of this order by this
                honorable ct.   IT IS FURTHER ORDERED that the request for
                additional fees relating to fiduciary responsibility in the
                sum of $20,000.00 is explicitly deferred until the close of
                this bkcy. estate. . (pris) [EOD 02/21/92]

2/20/92  7      Order, For Compensation ( Fees: $ 39,500.00,  Expenses: $
                1,933.88) payment to  Gibson, Dunn & Crutcher of $39500.00
                in fees and $1933.88 in expenses .  Ordered that
                compensation is awarded w/out prejudice to Gibson, Dunn &
                Crutcher's right to seek addtl comp for this period at a
                later time. Pmnt of said fees is allowed upon entry of this
                Order by this Honorable Court. (ll) [EOD 02/21/92]

2/20/92  8      Order, For Compensation ( Fees: $ 12,731.25, ) payment to
                Layton & Layton of $12731.25 in fees for svcs rendered on
                behalf of BK Estate through 05/31/91. Further that pmnt of
                fees is allowed upon entry of this Order. (ll)
                [EOD 02/21/92]

2/21/92  9      Order for 341 Meeting of Creditors Scheduled For 11:00
                4/1/92 At Room 435, Las Vegas ;Last Day to File Proofs Of
                Claim: 6/30/92 (sup) [EOD 02/21/92]

2/21/92  10     Ex Parte Motion by Trustee Ray Farrer To Release
                Funds/P&A's & Exhibit A (jg) [EOD 02/24/92]

2/24/92  11     Order Directing Debtor-In-Possession to File Final Report
                and Schedules of Post-Petition Debts. (mw) [EOD 02/25/92]

Proceedings include events between 1/1/1 and 3/4/96.                CLOSED ARCHIV

89-22980          In re: FIRST NAT'L FINANCIAL PLNG INC

2/25/92  12        Order  Granting [10-1] Motion To Release Funds by Ray
                   Farrer ORDERED that Stephanie Smith, Esq. atty for Berkely
                   Bunker Trustee for First National Financial Group, Inc., is
                   hereby directed to turn over all monies held, including any
                   accrued interest to Ray Farrer, Trustee for First National
                   Financial Planners, Inc., to be distributed to Lucille
                   Sabatini in accordance with the distribution made to other
                   FNFP investors.  cc:UST (mw) [EOD 02/26/92]

2/26/92  13        Notice of Entry of Order RE: [8-2] Order  by Layton &
                   Layton (mw) [EOD 02/26/92]

2/26/92  14        Certificate Of Service By Matthew Q. Callister for Trustee
                   Ray Farrer  Of [13-1] Order Notice of . (mw) [EOD 02/26/92]

2/26/92  15        Notice of Entry of Order RE: [7-2] Order  by Gibson, Dunn &
                   Crutcher (mw) [EOD 02/26/92]

2/26/92  16        Certificate Of Service By Matthew Q. Callister for Trustee
                   Ray Farrer  Of [15-1] Order Notice of . (mw) [EOD 02/26/92]

2/26/92  17        Notice of Entry of Order RE: [6-2] Order  by Ray Farrer (mw)
                   [EOD 02/26/92]

2/26/92  18        Certificate Of Service By Matthew Q. Callister for Trustee
                   Ray Farrer  Of [17-1] Order Notice of . (mw) [EOD 02/26/92]

2/26/92  19        Notice of Entry of Order RE: [5-2] Order  by Matthew Q.
                   Callister (mw) [EOD 02/26/92]

2/26/92  20        Certificate Of Service By Matthew Q. Callister for Trustee
                   Ray Farrer  Of [19-1] Order Notice of . (mw) [EOD 02/26/92]

3/4/92   21        Notice of Entry of Order RE: [12-1] Order (mw)
                   [EOD 03/04/92]

3/4/92   22        Certificate Of Service By Matthew Q. Callister for Trustee
                   Ray Farrer  Of [21-1] Order Notice of . (mw) [EOD 03/04/92]

3/12/92  --        Adversary Case (90-2070) Closed. (kay) [EOD 03/12/92]

3/12/92  --        Adversary Case (90-2070) Closed. (kay) [EOD 03/12/92]

4/6/92   23        Report of 341 Meeting - LBR waived (mw) [EOD 04/06/92]

4/17/92  24        MEMORANDUM re:ADVERSARY 90-0070 CLOSED 4/17/92 (la)
                   [EOD 04/20/92]

5/12/92  25        Notice of Conversion from Ch 11 to Ch 7, Order granting ex
                   Parte Motion to Waive 11 U.S.C. Section 341 Creditor's
                   meeting and time limit for filing Claims and Notice
                   Vacating 341 Creditors Meeting Date and Time, crtmlg (mw)
                   [EOD 05/12/92]

Proceedings include events between 1/1/1 and 3/4/96.        CLOSED ARCHIV
89-22980          In re: FIRST NAT'L FINANCIAL PLNG INC

8/13/92  26      Ex Parte Application By Trustee Ray Farrer To Employ
                 Expert Witnesses Exh. (mw) [EOD 08/14/92]

8/17/92  27      Order  Granting [26-1] Application To Employ Expert
                 Witnesses by Ray Farrer . ORDERED that Plaintiff is hereby
                 authorized to employ Edward B. Horwitz and Murray L.
                 Finebaum as expert witnesses to testify upon those issues
                 stated in the Motion for Ex Parte Order in the matter of
                 Farrer v. Larkin, under a general retainer in this case and
                 for the hourly rates.  FURTHER ORDERED that Plaintiff is
                 permitted to pay Mr. Horwitz and Mr. Finebaum,
                 respectively, for pretrial work in the amt of $10,000.00.
                 Compensation up to that amt shall be subject to further
                 order of this Court, after notice and opportunity for
                 hearing. cc:UST (mw) [EOD 08/18/92]

8/17/92  28      Order  Granting [26-1] Application To Employ Expert
                 Witnesses by Ray Farrer . ORDERED that Plaintiff is
                 authorized to employ Edward B. Horwitz and Murray L.
                 Finebaum as expert witnesses to testify upon those issues
                 stated in the Motion for Ex Parte Order in the matter of
                 Farrer v. Larkin, under a general retainer in this case and
                 for the hourly rates.  FURTHER ORDERED that the
                 compensation to the expert witnesses shall be subject to
                 further order of this Court, after notice and opportunity
                 for hearing.  cc:UST (mw) [EOD 08/18/92]

8/20/92  29      Notice of Entry of Order RE: [28-1] Order (mw)
                 [EOD 08/21/92]

8/20/92  30      Certificate Of Service By Matthew Q. Callister for Trustee
                 Ray Farrer  Of [29-1] Order Notice of . (mw) [EOD 08/21/92]

11/18/92 31      Application By Accountants Layton, Layton, Abney & Tobler
                 For Compensation ( Fees: $ 20,867.50,  Expenses: $ 0)
                 Exh. (mw) [EOD 11/18/92]

11/18/92 32      Notice of Hearing [31-1] Application For Compensation (
                 Fees: $ 20,867.50,  Expenses: $ 0) by Layton, Layton, Abney
                 & Tobler Schd For 2:00 12/17/92 at 300 Las Vegas Blvd S, Rm
                 2 ; Oppositions to Motions due ; 12/3/92 (mw) [EOD 11/18/92]

11/23/92 33      Certificate Of Service By Bonnie Jean Boyce for other
                 professional Layton, Layton, Abney & Tobler  Of [32-1]
                 Hearing Notice of, [31-1] Application For Compensation (
                 Fees: $ 20,867.50,  Expenses: $ 0) by Layton, Layton, Abney
                 & Tobler . (mw) [EOD 11/23/92]

12/15/92 35      Motion by Creditor James T. Jarecki for a Bankruptcy
                 Investigation for Violation of 18 USC  152 and 153 by
                 Debtors Donald Kessler, First Financial Planners, INc.,
                 Attorney Matthew Q. Callister and Trustee Ray Farrer w/P
                 and A's and certificate of service (jc) [EOD 12/16/92]

Docket as of March 4, 1996 8:42 am                  Page 4

Proceedings include events between 1/1/1 and 3/4/96.          CLOSED ARCHIV
89-22980          In re: FIRST NAT'L FINANCIAL PLNG INC

2/16/92 34      Motion by Interested Party Rich Jarecki for a Bankruptcy
                Investigation for Violation of 18 USC Sections 152 & 153
                crtsvc (mw) [EOD 12/16/92]

12/18/92 36     Order  Granting [31-1] Application For Compensation ( Fees:
                $ 20,867.50, Expenses: $ 0) by Layton, Layton, Abney &
                Tobler payment to  Layton, Layton, Abney & Tobler of
                $20867.50 in fees and $220.00 in expenses .  ORDERED that
                application is granted, and that Trustee is authorized to
                make the pmt. cc:UST (mw) [EOD 12/21/92]

4/8/93   37     Appointment of Successor Trustee,  Involvement of Trustee
                RAY FARRER Terminated. (mw) [EOD 04/08/93]

4/22/93  38     Request for Special Notice By LENARD E. SCHWARTZER for
                Trustee JACK FIDELMAN (mw) [EOD 04/23/93]

4/23/93  39     Application By Trustee JACK FIDELMAN To Employ Kenneth
                Seltzer, CPA Afdt. (mw) [EOD 04/23/93]

4/23/93  40     Application By Trustee JACK FIDELMAN To Employ Lenard
                Schwartzr, Esq. Afdt. (mw) [EOD 04/23/93]

4/30/93  41     Motion By Trustee JACK FIDELMAN To Limit Notice of all
                hearings except fee applications . (mw) [EOD 05/03/93]

/3/93    42     Order  Granting [39-1] Application To Employ Kenneth
                Seltzer, CPA by JACK FIDELMAN . cc:UST (mw) [EOD 05/03/93]

5/3/93   43     Order  Granting [40-1] Application To Employ Lenard
                Schwartzr, Esq. by JACK FIDELMAN . cc:UST (mw)
                [EOD 05/03/93]

5/4/93   44     Order  Granting [41-1] Motion To Limit Notice of all
                hearings except fee applications by JACK FIDELMAN . ORDERED
                that notice of all hearings, with the exception of fee
                applications, settlement which would affect investors and
                distribution of estate funds, be limited to the names and
                addresses listed on the attached limited notice matrix.
                cc:UST (mw) [EOD 05/05/93]

5/21/93  45     Change of Address of Creditor Albert Ippolito. (mw)
                [EOD 05/21/93]

5/21/93  46     Change of Address of Creditor Giorgina Ippolito. (mw)
                [EOD 05/21/93]

6/14/93  47     Application By LAYTON, LAYTON, ABNEY & TOBLER, Accts. For
                Compensation ( Fees: $ 6,135.00, Expenses: $ 220.00) Exh.
                (mw) [EOD 06/14/93]

Proceedings include events between 1/1/1 and 3/4/96.          CLOSED ARCHIV
89-22980          In re: FIRST NAT'L FINANCIAL PLNG INC

6/14/93   48      Notice of Hearing [47-1] Application For Compensation (
                  Fees: $ 6,135.00, Expenses: $ 220.00) by LAYTON, LAYTON,
                  ABNEY & TOBLER Schd For 1:30 7/16/93 at 300 Las Vegas Blvd
                  S, Rm 2 ; Oppositions to Motions due ; 7/9/93 (mw)
                  [EOD 06/14/93]

6/16/93   49      Application By MATTHEW Q. CALLISTER for Trustee RAY FARRER
                  For Compensation ( Fees: $ 7,420.25,  Expenses: $ 743.70)
                  ., w/Exhibits (bh) [EOD 06/16/93]

6/16/93   50      Notice of Hearing [49-1] Application For Compensation (
                  Fees: $ 7,420.25,  Expenses: $ 743.70) by MATTHEW Q.
                  CALLISTER schd For 2:30 7/16/93 at 300 Las Vegas Blvd S, Rm
                  2 ; Oppositions to Motions due ; 7/9/93 (bh) [EOD 06/16/93]

6/16/93   51      Certificate Of Service By MATTHEW Q. CALLISTER for Trustee
                  RAY FARRER  Of [50-1] Hearing Notice of, [49-1] Application
                  For Compensation ( Fees: $ 7,420.25,  Expenses: $ 743.70)
                  by MATTHEW Q. CALLISTER . (bh) [EOD 06/16/93]

6/21/93   52      Certificate Of Service By BONNIE JEAN BOYCE for other
                  professional LAYTON, LAYTON, ABNEY & TOBLER  Of [48-1]
                  Hearing Notice of, [47-1] Application For Compensation (
                  Fees: $ 6,135.00, Expenses: $ 220.00) by LAYTON, LAYTON,
                  ABNEY & TOBLER . (mw) [EOD 06/21/93]

6/21/93   53      Unclaimed Funds, Receipt #67553 for $959.57 (mw)
                  [EOD 06/22/93]

7/16/93   --      Hearing Re: [47-1] Application For Compensation ( Fees: $
                  6,135.00, Expenses: $ 220.00) by LAYTON, LAYTON, ABNEY &
                  TOBLER Cntd For 3:30 8/12/93 at 300 Las Vegas Blvd S, Rm 2
                  (mw) [EOD 07/20/93]

7/16/93   --      Hearing Re: [49-1] Application For Compensation ( Fees: $
                  7,420.25,  Expenses: $ 743.70) by MATTHEW Q. CALLISTER Cntd
                  For 3:30 8/12/93 at 300 Las Vegas Blvd S, Rm 2 (mw)
                  [EOD 07/20/93]

8/12/93   --      Hearing Held Re: [47-1] Application For Compensation (
                  Fees: $ 6,135.00, Expenses: $ 220.00) by LAYTON, LAYTON,
                  ABNEY & TOBLER .submitted (jg) [EOD 08/19/93]

8/12/93   --      Hearing Held Re: [49-1] Application For Compensation (
                  Fees: $ 7,420.25,  Expenses: $ 743.70) by MATTHEW Q.
                  CALLISTER . submitted (jg) [EOD 08/19/93]

8/13/93   54      Supplemental Application By MATTHEW Q. CALLISTER for
                  Trustee RAY FARRER For Compensation ( Fees: $ 425.00,
                  Expenses: $ 0) . (mw) [EOD 08/13/93]

8/13/93   55      Certificate Of Service By MATTHEW Q. CALLISTER for Trustee
                  RAY FARRER  Of [54-1] Application For Compensation ( Fees:
                  $ 425.00, Expenses: $ 0) by MATTHEW Q. CALLISTER . (mw)

Proceedings include events between 1/1/1 and 3/4/96.          CLOSED ARCHIV
29-22980          In re: FIRST NAT'L FINANCIAL PLNG INC

                  [EOD 08/13/93]

9/2/93    56      Application By LENARD E. SCHWARTZER for Trustee JACK
                  FIDELMAN, Trustee JACK FIDELMAN For Compensation ( Fees: $
                  10,112.00,  Expenses: $ 758.59) . Exh. (mw) [EOD 09/03/93]

9/2/93    57      Application By LENARD E. SCHWARTZER for Trustee JACK
                  FIDELMAN, Trustee JACK FIDELMAN For Compensation of
                  GIBSON, DUNN & CRUTCHER (for former Trustee Ray Farrer) (
                  Fees: $ 95,000.00,  Expenses: $ 11,907.57) Exh. (mw)
                  [EOD 09/03/93]

9/2/93    58      Application By LENARD E. SCHWARTZER for Trustee JACK
                  FIDELMAN, Trustee JACK FIDELMAN For Compensation of
                  KENNETH SELTZER, acct ( Fees: $ 1,500.00,  Expenses: $
                  500.00) . Exh. (mw) [EOD 09/03/93]

9/2/93    59      Application By LENARD E. SCHWARTZER for Trustee JACK
                  FIDELMAN, Trustee JACK FIDELMAN For Compensation of Expert
                  Witness EDWARD HORWITZ ( Fees: $ 10,950.00,  Expenses: $
                  0) Exh. (mw) [EOD 09/03/93]

9/2/93    60      Application By LENARD E. SCHWARTZER for Trustee JACK
                  FIDELMAN, Trustee JACK FIDELMAN For Compensation of Expert
                  Witness MURRAY L FINEBAUM ( Fees: $ 4,200.00,  Expenses: $
                  0) Exh. (mw) [EOD 09/03/93]

9/2/93    61      Motion By Trustee JACK FIDELMAN for Approval of Agreement
                  for Settlement, and To Dismiss Case with P&A, Exh. (mw)
                  [EOD 09/03/93]

Proceedings include events between 1/1/1 and 3/4/96.          CLOSED ARCHIV
89-22980          In re: FIRST NAT'L FINANCIAL PLNG INC

9/2/93    62          Notice of Hearing [56-1] Application For Compensation (
                      Fees: $ 10,112.00,  Expenses: $ 758.59) by LENARD E.
                      SCHWARTZER Schd For 3:00 10/14/93 at 300 Las Vegas Blvd S,
                      Rm 2 ; Oppositions to Motions due ; 10/7/93, [57-1]
                      Application For Compensation of GIBSON, DUNN & CRUTCHER
                      (for former Trustee Ray Farrer) ( Fees: $ 95,000.00,
                      Expenses: $ 11,907.57) by LENARD E. SCHWARTZER Schd For
                      3:00 10/14/93 at 300 Las Vegas Blvd S, Rm 2 ; Oppositions
                      to Motions due ; 10/7/93, [58-1] Application For
                      Compensation of KENNETH SELTZER, acct ( Fees: $ 1,500.00,
                      Expenses: $ 500.00) by LENARD E. SCHWARTZER Schd For 3:00
                      10/14/93 at 300 Las Vegas Blvd S, Rm 2 ; Oppositions to
                      Motions due ; 10/7/93, [59-1] Application For Compensation
                      of Expert Witness EDWARD HORWITZ ( Fees: $ 10,950.00,
                      Expenses: $ 0) by LENARD E. SCHWARTZER Schd For 3:00
                      10/14/93 at 300 Las Vegas Blvd S, Rm 2 ; Oppositions to
                      Motions due ; 10/7/93, [60-1] Application For Compensation
                      of Expert Witness MURRAY L FINEBAUM ( Fees: $ 4,200.00,
                      Expenses: $ 0) by LENARD E. SCHWARTZER Schd For 3:00
                      10/14/93 at 300 Las Vegas Blvd S, Rm 2 ; Oppositions to
                      Motions due ; 10/7/93, [61-1] Motion for Approval of
                      Agreement for Settlement by JACK FIDELMAN Schd For 3:00
                      10/14/93 at 300 Las Vegas Blvd S, Rm 2 ; Oppositions to
                      Motions due ; 10/7/93, [61-2] Motion To Dismiss Case by
                      JACK FIDELMAN Schd For 3:00 10/14/93 at 300 Las Vegas Blvd
                      S, Rm 2 ; Oppositions to Motions due ; 10/7/93 (mw)
                      [EOD 09/03/93]

9/3/93    63          Amended Notice of Hearing [56-1] Application For
                      Compensation ( Fees: $ 10,112.00,  Expenses: $ 758.59) by
                      LENARD E. SCHWARTZER Rschd For 3:30 10/13/93 at 300 Las
                      Vegas Blvd S, Rm 2, [57-1] Application For Compensation of
                      GIBSON, DUNN & CRUTCHER (for former Trustee Ray Farrer) (
                      Fees: $ 95,000.00,  Expenses: $ 11,907.57) by LENARD E.
                      SCHWARTZER Rschd For 3:30 10/13/93 at 300 Las Vegas Blvd S,
                      Rm 2, [58-1] Application For Compensation of KENNETH
                      SELTZER, acct ( Fees: $ 1,500.00,  Expenses: $ 500.00) by
                      LENARD E. SCHWARTZER Rschd For 3:30 10/13/93 at 300 Las
                      Vegas Blvd S, Rm 2, [59-1] Application For Compensation of
                      Expert Witness EDWARD HORWITZ ( Fees: $ 10,950.00,
                      Expenses: $ 0) by LENARD E. SCHWARTZER Rschd For 3:30
                      10/13/93 at 300 Las Vegas Blvd S, Rm 2, [60-1] Application
                      For Compensation of Expert Witness MURRAY L FINEBAUM (
                      Fees: $ 4,200.00, Expenses: $ 0) by LENARD E. SCHWARTZER
                      Rschd For 3:30 10/13/93 at 300 Las Vegas Blvd S, Rm 2,
                      [61-1] Motion for Approval of Agreement for Settlement by
                      JACK FIDELMAN Rschd For 3:30 10/13/93 at 300 Las Vegas Blvd
                      S, Rm 2, [61-2] Motion To Dismiss Case by JACK FIDELMAN
                      Rschd For 3:30 10/13/93 at 300 Las Vegas Blvd S, Rm 2 (mw)
                      [EOD 09/07/93]

9/9/93    64          Certificate Of Service By LENARD E. SCHWARTZER for Trustee
                      JACK FIDELMAN, Trustee JACK FIDELMAN  Of [63-1] Hearing
                      Notice of . (mw) [EOD 09/10/93]

Docket as of March 4, 1996 8:42 am                    Page 8

Proceedings include events between 1/1/1 and 3/4/96.          CLOSED ARCHIV
89-22980          In re: FIRST NAT'L FINANCIAL PLNG INC

9/9/93    65     Certificate Of Service By LENARD E. SCHWARTZER for Trustee
                 JACK FIDELMAN, Trustee JACK FIDELMAN  Of [61-1] Motion for
                 Approval of Agreement for Settlement by JACK FIDELMAN,
                 [61-2] Motion To Dismiss Case by JACK FIDELMAN . (mw)
                 [EOD 09/10/93]

9/27/93   66     Order Granting Application of Trustee's Objection to Proofs
                 of Claim. Hearing: 01/04/91 at 9:30 am. The Application of
                 Ray Farrer, former Trustee for First Nat'l Financial
                 Planners, Inc. having come on for hearing on 01/04/91, the
                 Court having considered the arguments presented and the
                 papers and pleadings on file herein, it is hereby ORDERED
                 that the trustee's objection to the proofs of claim listed
                 in the attached exhibits be sustained and that the claims
                 be allowed in the amounts set forth therein. cc:UST (mw)
                 [EOD 09/28/93]

9/28/93   67     Notice of Entry of Order RE: [66-1] Order (mw)
                 [EOD 09/28/93]

9/28/93   67     Courts Certificate of Mailing Re: [66-1] Order  # of
                 Notices: 1. (mw) [EOD 09/28/93]

9/29/93   68     Amended [53-1] fnds unclaimed . Filed by:  Trustee JACK
                 FIDELMAN for $3,578.48. (mw) [EOD 09/29/93]

10/13/93  --     Hearing Held Re: [60-1] Application For Compensation of
                 Expert Witness MURRAY L FINEBAUM ( Fees: $ 4,200.00,
                 Expenses: $ 0) by LENARD E. SCHWARTZER, [59-1] Application
                 For Compensation of Expert Witness EDWARD HORWITZ ( Fees: $
                 10,950.00,  Expenses: $ 0) by LENARD E. SCHWARTZER, [58-1]
                 Application For Compensation of KENNETH SELTZER, acct (
                 Fees: $ 1,500.00,  Expenses: $ 500.00) by LENARD E.
                 SCHWARTZER, [57-1] Application For Compensation of GIBSON,
                 DUNN & CRUTCHER (for former Trustee Ray Farrer) ( Fees: $
                 95,000.00,  Expenses: $ 11,907.57) by LENARD E. SCHWARTZER,
                 [56-1] Application For Compensation ( Fees: $ 10,112.00,
                 Expenses: $ 758.59) by LENARD E. SCHWARTZER .  Under Subm.
                 (mw) [EOD 10/20/93]

10/13/93  --     Hearing Held Re: [61-1] Motion for Approval of Agreement
                 for Settlement by JACK FIDELMAN, [61-2] Motion To Dismiss
                 Case by JACK FIDELMAN . Granted. (mw) [EOD 10/20/93]

10/14/93  69     Change of Address of Creditor Barbara Vaughan. (mw)
                 [EOD 10/15/93]

10/18/93  70     Support By  Interested Party ARTHUR SHERWOOD   To [57-1]
                 Application For Compensation of GIBSON, DUNN & CRUTCHER
                 (for former Trustee Ray Farrer) ( Fees: $ 95,000.00,
                 Expenses: $ 11,907.57) by LENARD E. SCHWARTZER . (mw)
                 [EOD 10/19/93]

Proceedings include events between 1/1/1 and 3/4/96.          CLOSED ARCHIV
89-22980          In re: FIRST NAT'L FINANCIAL PLNG INC

0/20/93 71          Unclaimed Funds, Receipt #70998 for $4,710.93 (mw)
                    [EOD 10/21/93]

10/20/93 72         Objection By  Trustee JACK FIDELMAN To  Claim of #2
                    Gallagher, #8 Stornello, #9 Lazar, #10 Foley, #11 Milardo,
                    #15 Brown, #16 Brown, #17 Blank, #45 Liquori, #63 Ippolito,
                    #64 Ippolito, #74 Janczyn, #87 Toledano, #209 Harrison,
                    #217 Povero, #218 Weatherwax, #350 Marlas, #397 Jackman,
                    #398 Jackman, #400 Jackman, #407 Johnson, #434 Ice, #491
                    Wandeevong, #492 Wandeevong, #493 Brown, #494 Stauring,
                    #495 Shockley, #496 Formica, #497 Johnson, #499 Needham,
                    #500 Zilkey, #501 Zilkey, #502 Zilkey, #503 Zilkey, #504
                    Zilkey, #505 Zilkey, #506 Zilkey, #507 Anderson, #508 Down
                    Jones, #509 Sabatine, #510 Young, #511 Bilbo, #512 Rincon,
                    #513 Kessler, #514 Clark Cty Assessor, #515 Ippolito, #516
                    Ippolito, #518 Matza, #519 Sackstader, #520 Sackstader,
                    #521 Tomlin, #522 Marlow, #523 Baldwin, #524 Lilley, #525
                    Largent, #526 Ballard, #527 Adams, #528 Stornello, #529
                    Strauss & Lotfield, #530 Strauss & Lottfield, #531
                    Sherrier, #532 Nort, #533 Rowley, #534 Marlas, #535 Heany,
                    #536 Farmer, #537 Bliss, #538 Titus. (mw) [EOD 10/21/93]

10/20/93 73         Objection By  Trustee JACK FIDELMAN To  Claim of #2
                    Patricia Gallagher. (mw) [EOD 10/21/93]

10/20/93 73         Notice of Hearing [73-1] Claims Objection  by JACK FIDELMAN
                    Schd For 3:30 12/9/93 at 300 Las Vegas Blvd S, Rm 2 ;
                    Oppositions to Motions due ; 12/2/93 (mw) [EOD 10/21/93]

10/20/93 74         Objection By  Trustee JACK FIDELMAN To  Claim of #8 & #528
                    Carmello & Mary Stornello (mw) [EOD 10/21/93]

10/20/93 74         Notice of Hearing [74-1] Claims Objection  by JACK FIDELMAN
                    Schd For 3:30 12/9/93 at 300 Las Vegas Blvd S, Rm 2 ;
                    Oppositions to Motions due ; 12/2/93 (mw) [EOD 10/21/93]

10/20/93 75         Objection By  Trustee JACK FIDELMAN To  Claim of #9 John &
                    Vera Lazar. (mw) [EOD 10/21/93]

10/20/93 75         Notice of Hearing [75-1] Claims Objection  by JACK FIDELMAN
                    Schd For 3:30 12/9/93 at 300 Las Vegas Blvd S, Rm 2 ;
                    Oppositions to Motions due ; 12/2/93 (mw) [EOD 10/21/93]

10/20/93 76         Objection By  Trustee JACK FIDELMAN To  Claim of #10
                    Ambrose Foley. (mw) [EOD 10/21/93]

10/20/93 76         Notice of Hearing [76-1] Claims Objection  by JACK FIDELMAN
                    Schd For 3:30 12/9/93 at 300 Las Vegas Blvd S, Rm 2 ;
                    Oppositions to Motions due ; 12/2/93 (mw) [EOD 10/21/93]

10/20/93 77         Objection By  Trustee JACK FIDELMAN To  Claim of #11
                    Nicholas Vilardo. (mw) [EOD 10/21/93]

Proceedings include events between 1/1/1 and 3/4/96.          CLOSED ARCHIV
89-22980          In re: FIRST NAT'L FINANCIAL PLNG INC

10/20/93 77          Notice of Hearing [77-1] Claims Objection  by JACK FIDELMAN
                     Schd For 3:30 12/9/93 at 300 Las Vegas Blvd S, Rm 2 ;
                     Oppositions to Motions due ; 12/2/93 (mw) [EOD 10/21/93]

10/20/93 78          Objection By  Trustee JACK FIDELMAN To  Claim of #15 & #16
                     Teresa & Michael Brown. (mw) [EOD 10/21/93]

10/20/93 78          Notice of Hearing [78-1] Claims Objection  by JACK FIDELMAN
                     Schd For 3:30 12/9/93 at 300 Las Vegas Blvd S, Rm 2 ;
                     Oppositions to Motions due ; 12/2/93 (mw) [EOD 10/21/93]

10/20/93 79          Objection By  Trustee JACK FIDELMAN To  Claim of #17 Wesley
                     Blank. (mw) [EOD 10/21/93]

10/20/93 79          Notice of Hearing [79-1] Claims Objection  by JACK FIDELMAN
                     Schd For 3:30 12/9/93 at 300 Las Vegas Blvd S, Rm 2 ;
                     Oppositions to Motions due ; 12/2/93 (mw) [EOD 10/21/93]

10/20/93 80          Objection By  Trustee JACK FIDELMAN To  Claim of #45
                     Beatrice Liquori. (mw) [EOD 10/21/93]

10/20/93 80          Notice of Hearing [80-1] Claims Objection  by JACK FIDELMAN
                     Schd For 3:30 12/9/93 at 300 Las Vegas Blvd S, Rm 2 ;
                     Oppositions to Motions due ; 12/2/93 (mw) [EOD 10/21/93]

10/20/93 81          Objection By  Trustee JACK FIDELMAN To  Claim of #63 & #515
                     Giorgina Ippolito. (mw) [EOD 10/21/93]

10/20/93 81          Notice of Hearing [81-1] Claims Objection  by JACK FIDELMAN
                     Schd For 3:30 12/9/93 at 300 Las Vegas Blvd S, Rm 2 ;
                     Oppositions to Motions due ; 12/2/93 (mw) [EOD 10/21/93]

10/20/93 82          Objection By  Trustee JACK FIDELMAN To  Claim of #64 & #516
                     Albert Ippolito. (mw) [EOD 10/21/93]

10/20/93 82          Notice of Hearing [82-1] Claims Objection  by JACK FIDELMAN
                     Schd For 3:30 12/9/93 at 300 Las Vegas Blvd S, Rm 2 ;
                     Oppositions to Motions due ; 12/2/93 (mw) [EOD 10/21/93]

10/20/93 83          Objection By  Trustee JACK FIDELMAN To  Claim of #74 Anette
                     Janczyn. (mw) [EOD 10/21/93]

10/20/93 83          Notice of Hearing [83-1] Claims Objection  by JACK FIDELMAN
                     Schd For 3:30 12/9/93 at 300 Las Vegas Blvd S, Rm 2 ;
                     Oppositions to Motions due ; 12/2/93 (mw) [EOD 10/21/93]

10/20/93 84          Objection By  Trustee JACK FIDELMAN To  Claim of #87 Jay
                     Toledano. (mw) [EOD 10/21/93]

10/20/93 84          Notice of Hearing [84-1] Claims Objection  by JACK FIDELMAN
                     Schd For 3:30 12/9/93 at 300 Las Vegas Blvd S, Rm 2 ;
                     Oppositions to Motions due ; 12/2/93 (mw) [EOD 10/21/93]

Proceedings include events between 1/1/1 and 3/4/96.          CLOSED ARCHIV
89-22980          In re: FIRST NAT'L FINANCIAL PLNG INC

10/20/93 85          Objection By  Trustee JACK FIDELMAN To  Claim of #209 La
                     Ree Harrison. (mw) [EOD 10/21/93]

10/20/93 85          Notice of Hearing [85-1] Claims Objection  by JACK FIDELMAN
                     Schd For 3:30 12/9/93 at 300 Las Vegas Blvd S, Rm 2 ;
                     Oppositions to Motions due ; 12/2/93 (mw) [EOD 10/21/93]

10/20/93 86          Objection By  Trustee JACK FIDELMAN To  Claim of #217 Irene
                     Povero. (mw) [EOD 10/21/93]

10/20/93 86          Notice of Hearing [86-1] Claims Objection  by JACK FIDELMAN
                     Schd For 3:30 12/9/93 at 300 Las Vegas Blvd S, Rm 2 ;
                     Oppositions to Motions due ; 12/2/93 (mw) [EOD 10/21/93]

10/20/93 87          Objection By  Trustee JACK FIDELMAN To  Claim of #218 Mary
                     Weatherwax. (mw) [EOD 10/21/93]

10/20/93 87          Notice of Hearing [87-1] Claims Objection  by JACK FIDELMAN
                     Schd For 3:30 12/9/93 at 300 Las Vegas Blvd S, Rm 2 ;
                     Oppositions to Motions due ; 12/2/93 (mw) [EOD 10/21/93]

10/20/93 88          Objection By  Trustee JACK FIDELMAN To  Claim of 3350 &
                     #534 Louis Marlas. (mw) [EOD 10/21/93]

10/20/93 88          Notice of Hearing [88-1] Claims Objection  by JACK FIDELMAN
                     Schd For 3:30 12/9/93 at 300 Las Vegas Blvd S, Rm 2 ;
                     Oppositions to Motions due ; 12/2/93 (mw) [EOD 10/21/93]

10/20/93 89          Objection By  Trustee JACK FIDELMAN To  Claim of #397, #98
                     & #400 Jackman, MD and Elaine or Paul Jackman (mw)
                     [EOD 10/21/93]

10/20/93 89          Notice of Hearing [89-1] Claims Objection  by JACK FIDELMAN
                     Schd For 3:30 12/9/93 at 300 Las Vegas Blvd S, Rm 2 ;
                     Oppositions to Motions due ; 12/2/93 (mw) [EOD 10/21/93]

10/20/93 90          Objection By  Trustee JACK FIDELMAN To  Claim of #407 &
                     #497 Victor Johnson. (mw) [EOD 10/21/93]

10/20/93 90          Notice of Hearing [90-1] Claims Objection  by JACK FIDELMAN
                     Schd For 3:30 12/9/93 at 300 Las Vegas Blvd S, Rm 2 ;
                     Oppositions to Motions due ; 12/2/93 (mw) [EOD 10/21/93]

10/20/93 91          Objection By  Trustee JACK FIDELMAN To  Claim of #434 Lois
                     Ice. (mw) [EOD 10/21/93]

10/20/93 91          Notice of Hearing [91-1] Claims Objection  by JACK FIDELMAN
                     Schd For 3:30 12/9/93 at 300 Las Vegas Blvd S, Rm 2 ;
                     Oppositions to Motions due ; 12/2/93 (mw) [EOD 10/21/93]

10/20/93 92          Objection By  Trustee JACK FIDELMAN To  Claim of #491 &
                     #492 Aranya Wandeevong. (mw) [EOD 10/21/93]

Proceedings include events between 1/1/1 and 3/4/96.          CLOSED ARCHIV
89-22980          In re: FIRST NAT'L FINANCIAL PLNG INC

10/20/93 92          Notice of Hearing [92-1] Claims Objection  by JACK FIDELMAN
                     Schd For 3:30 12/9/93 at 300 Las Vegas Blvd S, Rm 2 ;
                     Oppositions to Motions due ; 12/2/93 (mw) [EOD 10/21/93]

10/20/93 93          Objection By  Trustee JACK FIDELMAN To  Claim of #493 Floyd
                     & Evelyn Brown. (mw) [EOD 10/21/93]

10/20/93 93          Notice of Hearing [93-1] Claims Objection  by JACK FIDELMAN
                     Schd For 3:30 12/9/93 at 300 Las Vegas Blvd S, Rm 2 ;
                     Oppositions to Motions due ; 12/2/93 (mw) [EOD 10/21/93]

10/20/93 94          Objection By  Trustee JACK FIDELMAN To  Claim of #494
                     Howard Stauring. (mw) [EOD 10/21/93]

10/20/93 94          Notice of Hearing [94-1] Claims Objection  by JACK FIDELMAN
                     Schd For 3:30 12/9/93 at 300 Las Vegas Blvd S, Rm 2 ;
                     Oppositions to Motions due ; 12/2/93 (mw) [EOD 10/21/93]

10/20/93 95          Objection By  Trustee JACK FIDELMAN To  Claim of #495
                     Angela Shockley. (mw) [EOD 10/21/93]

10/20/93 95          Notice of Hearing [95-1] Claims Objection  by JACK FIDELMAN
                     Schd For 3:30 12/9/93 at 300 Las Vegas Blvd S, Rm 2 ;
                     Oppositions to Motions due ; 12/2/93 (mw) [EOD 10/21/93]

10/20/93 96          Objection By  Trustee JACK FIDELMAN To  Claim of #496
                     Angelo & Luch Formica. (mw) [EOD 10/21/93]

10/20/93 96          Notice of Hearing [96-1] Claims Objection  by JACK FIDELMAN
                     Schd For 3:30 12/9/93 at 300 Las Vegas Blvd S, Rm 2 ;
                     Oppositions to Motions due ; 12/2/93 (mw) [EOD 10/21/93]

10/20/93 97          Objection By  Trustee JACK FIDELMAN To  Claim of #499 Celia
                     Needham. (mw) [EOD 10/21/93]

10/20/93 97          Notice of Hearing [97-1] Claims Objection  by JACK FIDELMAN
                     Schd For 3:30 12/9/93 at 300 Las Vegas Blvd S, Rm 2 ;
                     Oppositions to Motions due ; 12/2/93 (mw) [EOD 10/21/93]

10/20/93 98          Objection By  Trustee JACK FIDELMAN To  Claim of #500-506
                     Willie Mae Zilkey. (mw) [EOD 10/21/93]

10/20/93 98          Notice of Hearing [98-1] Claims Objection  by JACK FIDELMAN
                     Schd For 3:30 12/9/93 at 300 Las Vegas Blvd S, Rm 2 ;
                     Oppositions to Motions due ; 12/2/93 (mw) [EOD 10/21/93]

10/20/93 99          Objection By  Trustee JACK FIDELMAN To  Claim of #507 Oscar
                     & Dorothy Anderson. (mw) [EOD 10/21/93]

10/20/93 99          Notice of Hearing [99-1] Claims Objection  by JACK FIDELMAN
                     Schd For 3:30 12/9/93 at 300 Las Vegas Blvd S, Rm 2 ;
                     Oppositions to Motions due ; 12/2/93 (mw) [EOD 10/21/93]

Proceedings include events between 1/1/1 and 3/4/96.          CLOSED ARCHIV
89-22980          In re: FIRST NAT'L FINANCIAL PLNG INC

0/20/93 100       Objection By  Trustee JACK FIDELMAN To  Claim of #508 Dow
                  Jones & Co Inc. (mw) [EOD 10/21/93]

10/20/93 100      Notice of Hearing [100-1] Claims Objection  by JACK
                  FIDELMAN Schd For 3:30 12/9/93 at 300 Las Vegas Blvd S, Rm
                  2 ; Oppositions to Motions due ; 12/2/93 (mw) [EOD 10/21/93]

10/20/93 101      Objection By  Trustee JACK FIDELMAN To  Claim of #509
                  Lucille Sabatine. (mw) [EOD 10/21/93]

10/20/93 101      Notice of Hearing [101-1] Claims Objection  by JACK
                  FIDELMAN Schd For 3:30 12/9/93 at 300 Las Vegas Blvd S, Rm
                  2 ; Oppositions to Motions due ; 12/2/93 (mw) [EOD 10/21/93]

10/20/93 102      Objection By  Trustee JACK FIDELMAN To  Claim of #510 Les
                  Young. (mw) [EOD 10/21/93]

10/20/93 102      Notice of Hearing [102-1] Claims Objection  by JACK
                  FIDELMAN Schd For 3:30 12/9/93 at 300 Las Vegas Blvd S, Rm
                  2 ; Oppositions to Motions due ; 12/2/93 (mw) [EOD 10/21/93]

10/20/93 103      Objection By  Trustee JACK FIDELMAN To  Claim of Clarence
                  Bilbo. (mw) [EOD 10/21/93]

10/20/93 103      Notice of Hearing [103-1] Claims Objection  by JACK
                  FIDELMAN Schd For 3:30 12/9/93 at 300 Las Vegas Blvd S, Rm
                  2 ; Oppositions to Motions due ; 12/2/93 (mw) [EOD 10/21/93]

10/20/93 104      Objection By  Trustee JACK FIDELMAN To  Claim of #512 Juan
                  & Martha Rincon. (mw) [EOD 10/21/93]

10/20/93 104      Notice of Hearing [104-1] Claims Objection  by JACK
                  FIDELMAN Schd For 3:30 12/9/93 at 300 Las Vegas Blvd S, Rm
                  2 ; Oppositions to Motions due ; 12/2/93 (mw) [EOD 10/21/93]

10/20/93 105      Objection By  Trustee JACK FIDELMAN To  Claim of #513
                  Donald Kessler. (mw) [EOD 10/21/93]

10/20/93 105      Notice of Hearing [105-1] Claims Objection  by JACK
                  FIDELMAN Schd For 3:30 12/9/93 at 300 Las Vegas Blvd S, Rm
                  2 ; Oppositions to Motions due ; 12/2/93 (mw) [EOD 10/21/93]

10/20/93 106      Objection By  Trustee JACK FIDELMAN To  Claim of #514 J.E.
                  Dutton, Clark Co Assessor. (mw) [EOD 10/21/93]

10/20/93 106      Notice of Hearing [106-1] Claims Objection  by JACK
                  FIDELMAN Schd For 3:30 12/9/93 at 300 Las Vegas Blvd S, Rm
                  2 ; Oppositions to Motions due ; 12/2/93 (mw) [EOD 10/21/93]

10/20/93 107      Objection By  Trustee JACK FIDELMAN To  Claim of #518 Isaac
                  & Alvina Matza. (mw) [EOD 10/21/93]

Proceedings include events between 1/1/1 and 3/4/96.          CLOSED ARCHIV
89-22980          In re: FIRST NAT'L FINANCIAL PLNG INC

10/20/93 107       Notice of Hearing [107-1] Claims Objection  by JACK
                   FIDELMAN Schd For 3:30 12/9/93 at 300 Las Vegas Blvd S, Rm
                   2 ; Oppositions to Motions due ; 12/2/93 (mw) [EOD 10/21/93]

10/20/93 108       Objection By  Trustee JACK FIDELMAN To  Claim of #519
                   Beatrice Sackstader. (mw) [EOD 10/21/93]

10/20/93 108       Notice of Hearing [108-1] Claims Objection  by JACK
                   FIDELMAN Schd For 3:30 12/9/93 at 300 Las Vegas Blvd S, Rm
                   2 ; Oppositions to Motions due ; 12/2/93 (mw) [EOD 10/21/93]

10/20/93 109       Objection By  Trustee JACK FIDELMAN To  Claim of #520
                   Charles Sackstader. (mw) [EOD 10/21/93]

10/20/93 109       Notice of Hearing [109-1] Claims Objection  by JACK
                   FIDELMAN Schd For 3:30 12/9/93 at 300 Las Vegas Blvd S, Rm
                   2 ; Oppositions to Motions due ; 12/2/93 (mw) [EOD 10/21/93]

10/20/93 110       Objection By  Trustee JACK FIDELMAN To  Claim of #522 Betty
                   Marlow. (mw) [EOD 10/21/93]

10/20/93 110       Notice of Hearing [110-1] Claims Objection  by JACK
                   FIDELMAN Schd For 3:30 12/9/93 at 300 Las Vegas Blvd S, Rm
                   2 ; Oppositions to Motions due ; 12/2/93 (mw) [EOD 10/21/93]

10/20/93 111       Objection By  Trustee JACK FIDELMAN To  Claim of #523 Duane
                   & Emma Baldwin. (mw) [EOD 10/21/93]

10/20/93 111       Notice of Hearing [111-1] Claims Objection  by JACK
                   FIDELMAN Schd For 3:30 12/9/93 at 300 Las Vegas Blvd S, Rm
                   2 ; Oppositions to Motions due ; 12/2/93 (mw) [EOD 10/21/93]

10/20/93 112       Objection By  Trustee JACK FIDELMAN To  Claim of #524 Karla
                   Lilley. (mw) [EOD 10/21/93]

10/20/93 112       Notice of Hearing [112-1] Claims Objection  by JACK
                   FIDELMAN Schd For 3:30 12/9/93 at 300 Las Vegas Blvd S, Rm
                   2 ; Oppositions to Motions due ; 12/2/93 (mw) [EOD 10/21/93]

10/20/93 113       Objection By  Trustee JACK FIDELMAN To  Claim of #525 Jack
                   Largent. (mw) [EOD 10/21/93]

10/20/93 113       Notice of Hearing [113-1] Claims Objection  by JACK
                   FIDELMAN Schd For 3:30 12/9/93 at 300 Las Vegas Blvd S, Rm
                   2 ; Oppositions to Motions due ; 12/2/93 (mw) [EOD 10/21/93]

10/20/93 114       Objection By  Trustee JACK FIDELMAN To  Claim of #526 John
                   & Deborah Ballard. (mw) [EOD 10/21/93]

10/20/93 114       Notice of Hearing [114-1] Claims Objection  by JACK
                   FIDELMAN Schd For 3:30 12/9/93 at 300 Las Vegas Blvd S, Rm
                   2 ; Oppositions to Motions due ; 12/2/93 (mw) [EOD 10/21/93]

Proceedings include events between 1/1/1 and 3/4/96.          CLOSED ARCHIV
89-22980          In re: FIRST NAT'L FINANCIAL PLNG INC

10/20/93 115      Objection By  Trustee JACK FIDELMAN To  Claim of #527
                  Franklin Adams. (mw) [EOD 10/21/93]

10/20/93 115      Notice of Hearing [115-1] Claims Objection  by JACK
                  FIDELMAN Schd For 3:30 12/9/93 at 300 Las Vegas Blvd S, Rm
                  2 ; Oppositions to Motions due ; 12/2/93 (mw) [EOD 10/21/93]

10/20/93 116      Objection By  Trustee JACK FIDELMAN To  Claim of #529 &
                  #530 Strauss & Lotfield Profit Sharing. (mw) [EOD 10/21/93]

10/20/93 116      Notice of Hearing [116-1] Claims Objection  by JACK
                  FIDELMAN Schd For 3:30 12/9/93 at 300 Las Vegas Blvd S, Rm
                  2 ; Oppositions to Motions due ; 12/2/93 (mw) [EOD 10/21/93]

10/20/93 117      Objection By  Trustee JACK FIDELMAN To  Claim of #531
                  Rosalind Sherrier. (mw) [EOD 10/21/93]

10/20/93 117      Notice of Hearing [117-1] Claims Objection  by JACK
                  FIDELMAN Schd For 3:30 12/9/93 at 300 Las Vegas Blvd S, Rm
                  2 ; Oppositions to Motions due ; 12/2/93 (mw) [EOD 10/21/93]

10/20/93 118      Objection By  Trustee JACK FIDELMAN To  Claim of #532
                  Charlotte Nort. (mw) [EOD 10/21/93]

10/20/93 118      Notice of Hearing [118-1] Claims Objection  by JACK
                  FIDELMAN Schd For 3:30 12/9/93 at 300 Las Vegas Blvd S, Rm
                  2 ; Oppositions to Motions due ; 12/2/93 (mw) [EOD 10/21/93]

10/20/93 119      Objection By  Trustee JACK FIDELMAN To  Claim of #533 Van &
                  Holley Rowley. (mw) [EOD 10/21/93]

10/20/93 119      Notice of Hearing [119-1] Claims Objection  by JACK
                  FIDELMAN Schd For 3:30 12/9/93 at 300 Las Vegas Blvd S, Rm
                  2 ; Oppositions to Motions due ; 12/2/93 (mw) [EOD 10/21/93]

10/20/93 120      Objection By  Trustee JACK FIDELMAN To  Claim of #535
                  Gerard & Diane Heany. (mw) [EOD 10/21/93]

10/20/93 120      Notice of Hearing [120-1] Claims Objection  by JACK
                  FIDELMAN Schd For 3:30 12/9/93 at 300 Las Vegas Blvd S, Rm
                  2 ; Oppositions to Motions due ; 12/2/93 (mw) [EOD 10/21/93]

10/20/93 121      Objection By  Trustee JACK FIDELMAN To  Claim of #536
                  Matthew & Coan Farmer. (mw) [EOD 10/21/93]

10/20/93 121      Notice of Hearing [121-1] Claims Objection  by JACK
                  FIDELMAN Schd For 3:30 12/9/93 at 300 Las Vegas Blvd S, Rm
                  2 ; Oppositions to Motions due ; 12/2/93 (mw) [EOD 10/21/93]

10/20/93 122      Objection By  Trustee JACK FIDELMAN To  Claim of #537 Mei C
                  Bliss. (mw) [EOD 10/21/93]

Proceedings include events between 1/1/1 and 3/4/96.          CLOSED ARCHIV
89-22980          In re: FIRST NAT'L FINANCIAL PLNG INC

10/20/93 122          Notice of Hearing [122-1] Claims Objection  by JACK
                      FIDELMAN Schd For 3:30 12/9/93 at 300 Las Vegas Blvd S, Rm
                      2 ; Oppositions to Motions due ; 12/2/93 (mw) [EOD 10/21/93]

10/20/93 123          Objection By  Trustee JACK FIDELMAN To  Claim of #538
                      Catherine Titus. (mw) [EOD 10/21/93]

10/20/93 123          Notice of Hearing [123-1] Claims Objection  by JACK
                      FIDELMAN Schd For 3:30 12/9/93 at 300 Las Vegas Blvd S, Rm
                      2 ; Oppositions to Motions due ; 12/2/93 (mw) [EOD 10/21/93]

10/26/93 124          Order  Granting [61-1] Motion for Approval of Agreement for
                      Settlement by JACK FIDELMAN Granting [61-2] Motion To
                      Dismiss Case by JACK FIDELMAN . ORDERED that the Settlement
                      under the terms and conditions set forth in the above
                      referenced Motion be, and hereby are, granted. cc:UST (mw)
                      [EOD 10/27/93]

11/9/93  125          Application By Former Trustee RAY FARRER For Additional
                      Compensation ( Fees: $ 6,450.00,  Expenses: $ 0) Exh. (mw)
                      [EOD 11/09/93]

11/9/93  126          Notice of Hearing [125-1] Application For Additional
                      Compensation ( Fees: $ 6,450.00,  Expenses: $ 0) by RAY
                      FARRER Schd For 2:30 12/9/93 at 300 Las Vegas Blvd S, Rm 2 ;
                       Oppositions to Motions due ; 12/3/93 (mw) [EOD 11/09/93]

11/17/93 127          Opposition By   Creditor WESLEY H BLANK To [79-1] Claims
                      Objection  by JACK FIDELMAN, Exh. (mw) [EOD 11/18/93]

11/18/93 128          Certificate Of Service By BONNIE JEAN BOYCE for other
                      professional LAYTON, LAYTON, ABNEY & TOBLER  Of [125-1]
                      Application For Additional Compensation ( Fees: $ 6,450.00,
                      Expenses: $ 0) by RAY FARRER . (mw) [EOD 11/18/93]

12/3/93  129          Objection By  Interested Party US TRUSTEE To [125-1]
                      Application For Additional Compensation ( Fees: $ 6,450.00,
                      Expenses: $ 0) by RAY FARRER . (mw) [EOD 12/03/93]

12/8/93  130          Objection By  Creditor VELMA STICE To [125-1] Application
                      For Additional Compensation ( Fees: $ 6,450.00,  Expenses:
                      $ 0) by RAY FARRER . (ll) [EOD 12/16/93]

12/9/93  --           Hearing Re: [125-1] Application For Additional Compensation
                      ( Fees: $ 6,450.00,  Expenses: $ 0) by RAY FARRER cntd For
                      9:30 2/9/94 at 300 Las Vegas Blvd S, Rm 2 (bh)
                      [EOD 12/13/93]

12/9/93  --           Hearing Held Re Trustee's Objections to Claims (all filed
                      October 20, 1993). . (bh) [EOD 12/13/93]

12/16/93 131          Objection By  Creditor JAMES BALDWIN To [125-1] Application
                      For Additional Compensation ( Fees: $ 6,450.00,  Expenses:
                      $ 0) by RAY FARRER . (mw) [EOD 12/17/93]

Proceedings include events between 1/1/1 and 3/4/96.          CLOSED ARCHIV
89-22980          In re: FIRST NAT'L FINANCIAL PLNG INC

1/7/94    132      Order  Granting [58-1] Application For Compensation of
                   KENNETH SELTZER, acct ( Fees: $ 1,500.00,  Expenses: $
                   500.00) by LENARD E. SCHWARTZER payment to KENNETH A.
                   SELTZER of $2000.00 in fees .  cc/oust   Ordered that Tr
                   authrzd & directed to pay $2,000.00 to Kenneth A. Seltzer
                   as fees for acctng svcs rendered & to be rendered to the
                   bkcy estate. (jg) [EOD 01/10/94]

1/7/94    133      Order  Granting [47-1] Application For Compensation ( Fees:
                   $ 6,135.00, Expenses: $ 220.00) by LAYTON, LAYTON, ABNEY &
                   TOBLER payment to   LAYTON, LAYTON, ABNEY & TOBER of
                   $6135.00 in fees and $220.00 in expenses . cc/oust (jg)
                   [EOD 01/10/94]

1/10/94   134      Notice of Entry of Order RE: [132-1] Order  by KENNETH A.
                   SELTZER/CM (jg) [EOD 01/10/94]

1/10/94   135      Notice of Entry of Order RE: [133-1] Order  by LAYTON,
                   LAYTON, ABNEY & TOBER/CM (jg) [EOD 01/10/94]

1/12/94   136      Order, To Employ LEROY R BERGSTROM, CPA . ORDERED that
                   LEROY R BERGSTROM and the accounting firm of KAFOURY,
                   ARMSTRONG & CO are hereby appointed to review the work of
                   the Office of the UNITED STATES TRUSTEE with respect to
                   their financial review of the acts of the former Trustee in
                   this case.  While the Court is no way ordering an audit of
                   the former Trustee's records, such review should be
                   sufficient enough so that Mr Bergstrom or his firm may give
                   their advice to the Court as to whether or not the US
                   TRUSTEE's review was adequate and if not, what additional
                   review should be accomplished. (mw) [EOD 01/13/94]

1/12/94   137      Notice of Entry of Order RE: [136-2] Order (mw)
                   [EOD 01/13/94]

1/12/94   137      Courts Certificate of Mailing Re: [136-2] Order  # of
                   Notices: 4. (mw) [EOD 01/13/94]

Proceedings include events between 1/1/1 and 3/4/96.          CLOSED ARCHIV
89-22980          In re: FIRST NAT'L FINANCIAL PLNG INC

1/12/94  138    Order  Granting in Part, Denying in Part [49-1] Application
                For Compensation for RAY FARRER ( Fees: $ 7,420.25,
                Expenses: $ 743.70) by MATTHEW Q. CALLISTER Granting in
                Part, Denying in Part [125-1] Application For Additional
                Compensation ( Fees: $ 6,450.00,  Expenses: $ 0) by RAY
                FARRER payment to RAY FARRER of $6900.25 in fees and
                $875.34 in expenses . ORDERED that the Court will allow the
                $6,900.25 in atty fees and $875.34 in costs. The Court will
                Disallow $67.50 in fees incurred on February 4 and 7, 1992
                as the time was not adequately explained, $337.50 on
                04/23/92 for a matter apparently inadvertently billed to
                this file, $500.00 in fees for failing to submit a timely
                order with respect to claim objections, and $40.00 in fees
                which were incorrectly requested due to an error in
                calculation.  In addition, the Court will Disallow $15.25
                in costs incurred on 05/24/93 for a local telecopy charge,
                and $5.25 in costs charge on 08/13/93 as a balance forward
                for which there is no explanation. (mw) [EOD 01/13/94]

1/13/94  139    Notice of Entry of Order RE: [138-1] Order  by RAY FARRER
                (mw) [EOD 01/13/94]

1/13/94  139    Courts Certificate of Mailing Re: [138-1] Order  by RAY
                FARRER  # of Notices: 2. (mw) [EOD 01/13/94]

1/24/94  140    Copy of Letter by JUDGE LINDA RIEGLE to Trustee JACK
                FIDELMAN re letter from BARBARA VAUGHN (mw) [EOD 01/25/94]

1/25/94  141    News-Letter by Trustee JACK FIDELMAN RE: Status of Case. (mw)
                [EOD 01/25/94]

1/25/94  142    Order  Granting [56-1] Application For Compensation ( Fees:
                $ 10,112.00,  Expenses: $ 758.59) by LENARD E. SCHWARTZER
                payment to LENARD E. SCHWARTZER of $10027.00 in fees and
                $758.59 in expenses . ORDERED that HALE, LANE, PEEK etal
                shall be awarded $10,027.00 in atty fees and $758.59 in
                costs incurred during period beginning 04/05/93.  In
                addition, upon submission of an ex parte motion for
                supplemental fees, supported by billing statements, the
                Court shall allow an additional award of fees up to but not
                exceeding $750.00 for finalizing and closing this case. The
                Court will disallow $32.50 billed to the Trustee for travel
                time on 04/28/93.  Moreover, the Court will disallow $52.50
                billed to the Trustee as it was a bill for services
                rendered on 05/04/93 which were secretarial in nature.
                cc:UST (mw) [EOD 01/26/94]

1/26/94  143    Notice of Entry of Order RE: [142-1] Order  by LENARD E.
                SCHWARTZER (mw) [EOD 01/26/94]

1/26/94  143    Courts Certificate of Mailing Re: [142-1] Order  by LENARD
                E. SCHWARTZER  # of Notices: 2. (mw) [EOD 01/26/94]

Docket as of March 4, 1996 8:42 am                       Page 19

Proceedings include events between 1/1/1 and 3/4/96.          CLOSED ARCHIV
89-22980          In re: FIRST NAT'L FINANCIAL PLNG INC

1/27/94   144          Order  Granting [59-1] Application For Compensation of
                       Expert Witness EDWARD HORWITZ ( Fees: $ 10,950.00,
                       Expenses: $ 0) by LENARD E. SCHWARTZER payment to EDWARD
                       HORWITZ of $10950.00 in fees . ORDERED that the Trustee is
                       authorized to pay $10,950.00 to EDWARD HORWITZ for expert
                       witness services.  Although the Court is unconvinced that
                       Mr Horwitz's services were necessary for the reasons stated
                       in this Court's Order re Application for Atty Fees and
                       Costs (Gibson, Dunn & Crutcher), it was not Mr Horwitz's
                       responsibility to determine whether it was in the best
                       interest of the estate to pursue the District Court
                       litigation.  Accordingly, all of his fees will be allowed.
                       cc:UST (mw) [EOD 01/28/94]

1/27/94   145          Order  Granting [60-1] Application For Compensation of
                       Expert Witness MURRAY L FINEBAUM ( Fees: $ 4,200.00,
                       Expenses: $ 0) by LENARD E. SCHWARTZER payment to MURRAY L.
                       FINEBAUM of $4200.00 in fees . ORDERED that the Trustee is
                       authorized to pay $4,200.00 to Murray Finebaum as fees for
                       expert witness services rendered.  Although the Court is
                       unconvinced that Mr Finebaum's services were necessary for
                       the reasons stated in this Court's Order re Application for
                       Attorney Fees & Costs (Gibson, Dunn & Crutcher), it was not
                       Mr Finebaum's responsibility to determine whether it was in
                       the best interest of the estate to pursue the District
                       Court litigation.  Accordingly, all of his fees will be
                       allowed. cc:UST a (mw) [EOD 01/28/94]

1/28/94   146          Notice of Entry of Order RE: [144-1] Order  by EDWARD
                       HORWITZ (mw) [EOD 01/28/94]

1/28/94   146          Courts Certificate of Mailing Re: [144-1] Order  by EDWARD
                       HORWITZ  # of Notices: 2. (mw) [EOD 01/28/94]

1/28/94   147          Notice of Entry of Order RE: [145-1] Order  by MURRAY L
                       FINEBAUM (mw) [EOD 01/28/94]

1/28/94   147          Courts Certificate of Mailing Re: [145-1] Order  by MURRAY
                       L FINEBAUM  # of Notices: 2. (mw) [EOD 01/28/94]

1/28/94   148          Order Removing Hearing from Calendar.  ORDERED that the
                       hearing presently scheduled for 02/09/94 at 9:30 am is
                       hereby taken off calendar.  The Court will enter the
                       appropriate orders with respect to any further duries of Mr
                       Bergstrom and for requested fees for Mr Farr. cc:USt (mw)
                       [EOD 01/31/94]

Proceedings include events between 1/1/1 and 3/4/96.          CLOSED ARCHIV
89-22980          In re: FIRST NAT'L FINANCIAL PLNG INC

1/28/94  149    Order  Granting in Part, Denying in Part [7-2] Order  by
                GIBSON, DUNN & CRUTCHER payment to  GIBSON, DUNN &
                CRUTCHER of $16500.00 in fees and $11907.57 in expenses .
                ORDERED that the Court will allow $1,400.00 for preparation
                for the settlement conference, $600.00 for opposing
                Larkin's cost bill, $1,000.00 for preserving the Trustee's
                appeal rights, $3,500.00 in coordinating with the Trustee,
                $10,000.00 for services rendered in discovery.  GIBSON,
                DUNN will therefore be allowed an additional $16,500.00 in
                attorney fees.  Even assuming this case was otherwise worth
                pursuing, all fees charged for work related to the
                sanctions motion should be disallowed, as sanctions were
                sought against counsel only, and not the Trustee.   In
                addition, most of the remaining fees were charged at too
                high a rate for the tasks allowed.  For example, over 220
                hours at Mr Sherwood's hourly rate was spent on discovery,
                this includes organizing documents and preparing outlines
                of deposition testimony.  Clearly that is work which whould
                have been done by a paralegal or junior associate, not the
                senior attorney.  Additionally, most discovery performed
                was un nessessary in light of the posture of the case.
                While apparently a motin to compel was granted in the
                Trustee's favor, counsel failed to timely file an affidavit
                of fees so that no fees were awarded to the Trustee.
                Accordingly, the Court will allow $16,500.00 of the Atty
                fees requested in the 09/02/93 application and will
                disallow $78,500.00. In Addition, the Court will allow
                $11,907.57 in costs. cc:UST (mw) [EOD 01/31/94]

1/28/94  --     Hearing Stricken (mw) [EOD 01/31/94]

1/31/94  150    Notice of Entry of Order RE: [148-1] Order (mw)
                [EOD 01/31/94]

1/31/94  150    Courts Certificate of Mailing Re: [148-1] Order  # of
                Notices: 3. (mw) [EOD 01/31/94]

1/31/94  151    Notice of Entry of Order RE: [149-1] Order  by GIBSON DUNN
                & CRUTCHER (mw) [EOD 01/31/94]

1/31/94  151    Courts Certificate of Mailing Re: [149-1] Order  by GIBSON
                DUNN & CRUTCHER  # of Notices: 2. (mw) [EOD 01/31/94]

2/10/94  152    Report of Examination of Records of Initial Trustee,
                submitted by Certified Public Accountants KAFOURY, ARMSTRON
                & CO, Experts for the Court (mw) [EOD 02/10/94]

2/11/94  153    Ntc of Unclaimed Funds, Rec #73776 $941.02 (mw)
                [EOD 02/14/94]

2/23/94  154    Application By accountants KAFOURY, ARMSTRON & CO For
                Compensation ( Fees: $ 5,782.50,  Expenses: $ 257.00) Exh.
                (mw) [EOD 02/24/94]

Proceedings include events between 1/1/1 and 3/4/96.          CLOSED ARCHIV
89-22980          In re: FIRST NAT'L FINANCIAL PLNG INC

2/23/94  155        Application By LENARD E. SCHWARTZER for Trustee JACK
                    FIDELMAN For Compensation ( Fees: $ 4,884.50,  Expenses: $
                    648.32) Exh. (mw) [EOD 02/24/94]

2/23/94  156        Notice of Hearing [155-1] Application For Compensation (
                    Fees: $ 4,884.50,  Expenses: $ 648.32) by LENARD E.
                    SCHWARTZER Schd For 3:00 3/29/94 at 300 Las Vegas Blvd S,
                    Rm 2 ; Oppositions to Motions due ; 3/22/94 (mw)
                    [EOD 02/24/94]

2/24/94  157        Letter to Judge Riegle by LEROY BERGSTROM, CPA RE:
                    Examiner's Report (mw) [EOD 02/24/94]

2/25/94  158        Certificate Of Service By LENARD E. SCHWARTZER for Trustee
                    JACK FIDELMAN, Trustee JACK FIDELMAN  Of [156-1] Hearing
                    Notice of, [155-1] Application For Compensation ( Fees: $
                    4,884.50,  Expenses: $ 648.32) by LENARD E. SCHWARTZER,
                    [154-1] Application For Compensation ( Fees: $ 5,782.50,
                    Expenses: $ 257.00) by KAFOURY, ARMSTRON & CO . (mw)
                    [EOD 02/25/94]

3/18/94  159        Motion by Trustee JACK FIDELMAN to pay Adminstrative
                    Expenses (mw) [EOD 03/21/94]

3/18/94  159        Order  Granting [159-1] Motion to pay Adminstrative
                    Expenses by JACK FIDELMAN . ORDERED that Trustee shall pay
                    Administrative Expenses for storage of several boxes in the
                    amount of $2,200.00. cc:UST (mw) [EOD 03/21/94]

Proceedings include events between 1/1/1 and 3/4/96.          CLOSED ARCHIV
89-22980          In re: FIRST NAT'L FINANCIAL PLNG INC

/22/94  160          Order  Granting [72-1] Claims Objection  by JACK FIDELMAN
                     Granting [73-1] Claims Objection  by JACK FIDELMAN Granting
                     [74-1] Claims Objection  by JACK FIDELMAN Granting [75-1]
                     Claims Objection  by JACK FIDELMAN Granting [76-1] Claims
                     Objection  by JACK FIDELMAN Granting [77-1] Claims
                     Objection  by JACK FIDELMAN Granting [78-1] Claims
                     Objection  by JACK FIDELMAN Granting [79-1] Claims
                     Objection  by JACK FIDELMAN Granting [80-1] Claims
                     Objection  by JACK FIDELMAN Granting [81-1] Claims
                     Objection  by JACK FIDELMAN Granting [82-1] Claims
                     Objection  by JACK FIDELMAN Granting [83-1] Claims
                     Objection  by JACK FIDELMAN Granting [84-1] Claims
                     Objection  by JACK FIDELMAN Granting [85-1] Claims
                     Objection  by JACK FIDELMAN Granting [86-1] Claims
                     Objection  by JACK FIDELMAN Granting [87-1] Claims
                     Objection  by JACK FIDELMAN Granting [88-1] Claims
                     Objection  by JACK FIDELMAN Granting [89-1] Claims
                     Objection  by JACK FIDELMAN Granting [90-1] Claims
                     Objection  by JACK FIDELMAN Granting [91-1] Claims
                     Objection  by JACK FIDELMAN Granting [92-1] Claims
                     Objection  by JACK FIDELMAN Granting [93-1] Claims
                     Objection  by JACK FIDELMAN Granting [94-1] Claims
                     Objection  by JACK FIDELMAN Granting [95-1] Claims
                     Objection  by JACK FIDELMAN Granting [96-1] Claims
                     Objection  by JACK FIDELMAN Granting [97-1] Claims
                     Objection  by JACK FIDELMAN Granting [98-1] Claims
                     Objection  by JACK FIDELMAN Granting [99-1] Claims
                     Objection  by JACK FIDELMAN Granting [100-1] Claims
                     Objection  by JACK FIDELMAN Granting [101-1] Claims
                     Objection  by JACK FIDELMAN Granting [102-1] Claims
                     Objection  by JACK FIDELMAN Granting [103-1] Claims
                     Objection  by JACK FIDELMAN Granting [104-1] Claims
                     Objection  by JACK FIDELMAN Granting [105-1] Claims
                     Objection  by JACK FIDELMAN Granting [106-1] Claims
                     Objection  by JACK FIDELMAN Granting [107-1] Claims
                     Objection  by JACK FIDELMAN Granting [108-1] Claims
                     Objection  by JACK FIDELMAN Granting [109-1] Claims
                     Objection  by JACK FIDELMAN Granting [110-1] Claims
                     Objection  by JACK FIDELMAN Granting [111-1] Claims
                     Objection  by JACK FIDELMAN Granting [112-1] Claims
                     Objection  by JACK FIDELMAN Granting [113-1] Claims
                     Objection  by JACK FIDELMAN Granting [114-1] Claims
                     Objection  by JACK FIDELMAN Granting [115-1] Claims
                     Objection  by JACK FIDELMAN Granting [116-1] Claims
                     Objection  by JACK FIDELMAN Granting [117-1] Claims
                     Objection  by JACK FIDELMAN Granting [118-1] Claims
                     Objection  by JACK FIDELMAN Granting [119-1] Claims
                     Objection  by JACK FIDELMAN Granting [120-1] Claims
                     Objection  by JACK FIDELMAN Granting [121-1] Claims
                     Objection  by JACK FIDELMAN Granting [122-1] Claims
                     Objection  by JACK FIDELMAN Granting [123-1] Claims
                     Objection  by JACK FIDELMAN . ORDERED that the following
                     claims be and they are hereby disallowed, in full or in
                     part: #2 PATRICIA GALLAGHER $3,073.80 unsecured, #8

Docket as of March 4, 1996 8:42 am                     Page 23

Proceedings include events between 1/1/1 and 3/4/96.          CLOSED ARCHIV
89-22980          In re: FIRST NAT'L FINANCIAL PLNG INC

CARMELLO & MARY STORNELLO $63,347.55 unsecured, #9 JOHN &
VERA LAZAR $33,515.10 unsecured, #10 AMBROSE FOLEY
$12,429.91 unsecured, #11 NICHOLAS MILARDO $74,118.76
unsecured, #15 & 16 TERESA & MICHAEL BROWN $2,773.96 &
$3,531.60 unsecured, #17 WESLEY BLANK $25,459.33 unsecured,
#45 BEATRICE LIQUOURI $49,593.86 unsecured, #63 GIORGINA
IPPOLITO $9,219.10 unsecured, #64 ALBERT IPPOLITO
$13,338.44 unsecured, #74 ANETTE JANCZYN $20,174.26
unsecured, #87 JAY TOLEDANO $15,483.64 unsecured, #209 LA
REE HARRISON $49,322.04 unsecured, #217 IRENE POVERO
$31,856.01 unsecured, #218 MARY WEATHERWAX $14,374.20
unsecured, #350 LOUIS MARLAS $2,800.00, #397 & #298 & #300
ELAINE & PAUL JACKMAN MD $0, #407 VICTOR JOHNSON $1,271.20
unsecured, #434 LOIS ICE $49,084.60, #491 & 492 ARANYA
WANDEEVONG $0, #493 FLOYD & EVELYN BROWN $0, #494 HOWARD
STAURING $0, #495 ANGELA SCHOCKLEY $0, #496 ANGELO & LUCH
FORMICA $0, #497 VICTOR JOHNSON $0, #499 CELIA NEEDHAM,
#500 WILLIE MAE #2, BILLIE JEAN ZILKEY $0, #501 WILLIA MAE,
SUCCESSOR FOR RICHARD ZILKEY TR $0, #502 BILLIE ZILKEY TR#2
MARY ELLEN ZILKEY TRUST $0, #503 GENE & BILLIE ZILKEY $0,
#504 BILLIE ZILKEY TRUSTEE #1 MARY ZILKEY TRUST $0, #505
WILLIE MAE ZILKEY #2 BILLIE JEAN ZILKEY $0, #506 BILLIE
ZILKEY #3 $0, #507 OSCAR & DOROTHY ANDERSON $0, #508 DOW
JONES & CO $0, #510 LES YOUNG $0, #511 CLARENCE BILBO $0,
#512 JUAN & MARTHA RINCON $0, #513 DONALD KESSLER $0, #514
JE DUTTON CTY ASSESSOR $0, #515 GIORGINA IPPOLITO $0, #516
ALBERT IPPOLITO $0, #518 ISAAC & ALVINA MATZA $0, #519
BEATRICE SACKSTADER $0, #520 CHARLES SACKSTADER $0, #521
DON & DOROTHY TOMLIN, #522 BETTY MARLOW $0, #523 DUANE &
EMMA BALDWIN $0, #524 KARLA LILLEY $0, #525 JACK LARGENT
$0, #526 JOHN & DEBORAH BALLARD $0, #527 FRANKLIN ADAMS $0,
#528 MARY & CARMELO STORNELLO $0, #529 & 530 STRAUSS &
LOTFIELD PROFIT SHARING $0, #531 ROSALIND SHERRIER $0, #532
CHARLOTTE NORT $0, #533 VAN & HOLLEY ROWLEY $0, #534 LOUIS
MARLAS $0, #535 GERARD & DIANE HEANY $0, #536 MATTHEW &
COAN FARMER $0, #537 MEI C BLISS $0, #538 CATHERINE TITUS
$0. cc:UST $0, (mw) [EOD 03/23/94]

3/29/94  --     Hearing Held Re: [155-1] Application For Compensation (
                Fees: $ 4,884.50,  Expenses: $ 648.32) by LENARD E.
                SCHWARTZER . Motion was granted (jp) [EOD 03/30/94]

3/29/94  --     Hearing Held Re: [154-1] Application For Compensation (
                Fees: $ 5,782.50,  Expenses: $ 257.00) by KAFOURY, ARMSTRON
                & CO . Motion was granted (jp) [EOD 03/30/94]

4/4/94   161    Order  Granting [155-1] Application For Compensation (
                Fees: $ 4,884.50,  Expenses: $ 648.32) by LENARD E.
                SCHWARTZER payment to LENARD E. SCHWARTZER of $4884.50 in
                fees and $648.32 in expenses . ORDERED that Trustee is
                authorized to pay to HALE, LANE, PEEK etal the sum of
                $5,532.82 for services rendered for the period from
                09/03/93 to date of hrg. cc:UST (mw) [EOD 04/04/94]

Proceedings include events between 1/1/1 and 3/4/96.          CLOSED ARCHIV
89-22980          In re: FIRST NAT'L FINANCIAL PLNG INC

4/4/94    162    Order  Granting [154-1] Application For Compensation (
                 Fees: $ 5,782.50,  Expenses: $ 257.00) by KAFOURY, ARMSTRON
                 & CO payment to LEROY R. BERGSTROM and KAFOURY, ARMSTRONG &
                 CO of $5782.50 in fees and $257.00 in expenses .  ORDERED
                 that Trustee is authorized to pay to LEROY BERGSTROM, CPA
                 and KAFOURY, ARMSTROM & CO, CPAs, the sum of $6,039.50 for
                 services rendered and costs incurred. cc:UST (mw)
                 [EOD 04/04/94]

4/26/94   163    Order  Denying [101-1] Claims Objection  by JACK FIDELMAN
                 ORDERED that the claim of LUCILLE SABATINE #509 is hereby
                 allowed as a Ch 11 Administrative claim in the amt of
                 $3,695.00 with no interest to be paid on said amount.
                 cc:UST (mw) [EOD 04/28/94]

4/26/94   164    Motion By WILLIAM & LUCILLE SABATINE To Pay Unclaimed
                 Dividends Of $ 88.09 . (mw) [EOD 04/28/94]

4/26/94   165    Affidavit  RE: [164-1] Motion To Pay Unclaimed Dividends Of
                 $ 88.09 (mw) [EOD 04/28/94]

4/27/94   166    Order  Granting [164-1] Motion To Pay Unclaimed Dividends
                 Of $ 88.09 . ORDERED that the amt of $88.09, constituting
                 an unclaimed dividend is declared due to WILLIAM J &
                 LUCILLE SABATINE.  FURTHER ORDERED that the Clerk, US
                 Bankruptcy Court, District of NV, pay this unclaimed
                 dividend to the order of WILLIAM & LUCILLE SABATINE. cc:UST
                 (mw) [EOD 04/28/94]

Proceedings include events between 1/1/1 and 3/4/96.          CLOSED ARCHIV
89-22980          In re: FIRST NAT'L FINANCIAL PLNG INC

4/28/94   167      Memorandum Decision/Order Denying Application For Approval
                   and Payment of Final Compensation to Ray Farrer, Former
                   Trustee.  Mr. Farrer is not entitled to additional fees in
                   this case.  While the Court recongnized that this case was
                   somewhat difficult in that many dissatisfied investors were
                   involved, Mr. Farrer's duties in liquidating the stock were
                   relatively simple. Additionally, the time and labor
                   involved in this case do not warrant an award of additional
                   fees, and extensive case administratioin was left
                   uncompleted, which must be completed by the successor
                   trustee. Furthermore, the Court will disallow adtl fees req
                   on the basis of Mr. Farrer's ability and reputation, as
                   well as the unique circumstances of this case.  Mr. Farrer
                   resigned his duties because of defalcations in other cases.
                    In order to ensure that there were no problems in this
                   case, it has been necessary for the US Trustee to perform
                   additional duties.  Mr. Sorgaard as declared that Mr.
                   Farrer's files were unorganized, numerous relevant orders
                   and motions were unable to be located, and considerable
                   effort had to be expended to reconstruct the activity in
                   the case.  Moreover, the Court felt it was necesary to
                   retain an expert to ensure that no improprieties had
                   occuured in this case.  11 USC 326 caps the fees which can
                   be awarded to trustees and creates no entitlement to a
                   commission equivalent to the cap.  Matter of Rauch, 110 BR
                   467 (Bankr. E.D. Cal. 1990).  Indeed, compensation awards
                   can be reduced downward for less than exceptional or less
                   than average performance.  See, In re Montgomery Drilling
                   Co., 121 BR 32 (Bankr. E.D. Cal. 1990).  For foregoing
                   reasons, plus the reasons given by the US Trustee in its
                   opposition, the Court finds that the fees requested are not
                   reasonable, actual or necessary.  Thus, no addtl fees will
                   be allowed to Mr. Farrer in this case.    Bonus Requested –
                   Mr. Farrer's req for a bonus does not satisfy the standard
                   set forth in Manoa.  His Applc does not present specific
                   evidence showing why the results obtained were not
                   reflected in either his standard rate or the number of
                   hours allowed.  Nor does the Applc present specific
                   evidence showing why the results obtained were not
                   reflected in either his standard rate or the number of
                   hours allowed.  Nor does the Aplc present specific evidence
                   as to why his prior fees were not fully compensatory.
                   Furthermore, Mr. Farrer has not produced any documentary
                   evidence that the results obtained in this case were
                   outstanding or exceptional.  To the contrary, Mr. Farrer
                   resigned as Trustee in this case before the admn of the
                   estate was completed, which task has fallen upon the
                   successor trustee.  CONCLUSION  For the foregoing reasons,
                   Mr. Farrer's application for additional fees and his
                   application for a bonus are both hereby denied.  cc:oust (11)
                   [EOD 04/28/94]

4/28/94   168      Notice of Entry of [167-1] Decision/Order Memorandum (11)
                   [EOD 04/28/94]

Docket as of March 4, 1996 8:42 am                    Page 26

Proceedings include events between 1/1/1 and 3/4/96.          CLOSED ARCHIV
89-22980          In re: FIRST NAT'L FINANCIAL PLNG INC

4/29/94   169     Courts Certificate of Mailing Re: [168-1] Notice of,
                  [167-1] Decision/Order Memorandum  # of Notices: 385. (ll)
                  [EOD 04/29/94]

5/2/94    170     Objection By  Trustee JACK FIDELMAN To  Claim of #154
                  MINION BARBER, #167 BAXTER, #163-164 HEISER, #271 BOLEY. (mw)
                  [EOD 05/03/94]

5/2/94    171     Trustee's Final Account and Report. (mw) [EOD 05/03/94]

5/3/94    172     Amended [171-1] Asset Report . Filed by:  Trustee JACK
                  FIDELMAN (mw) [EOD 05/04/94]

5/6/94    173     Change of Address of Creditor BARBARA VAUGHAN. (mw)
                  [EOD 05/06/94]

5/10/94   174     Change of Address of Creditors BRUCE & SUSAN COOK. (mw)
                  [EOD 05/11/94]

5/16/94   175     Trustee's Final Account and Report. (mw) [EOD 05/16/94]

5/20/94   176      Notice of Summary of Final Report and Account of Trustee.
                  No. of Notices ( 396) w/crtmlg (mw) [EOD 05/20/94]

5/20/94   177     Notice of Hearing [175-1] Asset Report Schd For 9:30
                  6/21/94 at 300 Las Vegas Blvd S, Rm 2 ; Oppositions to
                  Motions due ; 6/14/94 (mw) [EOD 05/20/94]

6/1/94    178     Change of Address of Creditor JEFF ABODEELY. (mw)
                  [EOD 06/02/94]

6/23/94   179     Order, For Compensation ( Fees: $ 12,456.72,  Expenses: $
                  1,141.00) payment to JACK FIDELMAN of $12456.72 in fees and
                  $1141.00 in expenses ORDERED that Trustee fee in the amt
                  of $12,456.72 and expenses in the amt of $1,141.00 be
                  approved, cc:UST. (mw) [EOD 06/23/94]

6/23/94   180     Order, To Abandon Business & Financial Records ORDERED
                  that the business and financial records of the
                  above-entitled estate be abandoned effective with the entry
                  of this order and the maintenance of said records is no
                  longer the responsibility of the Bankruptcy Estate. cc:UST
                  (mw) [EOD 06/23/94]

7/8/94    181     Ntc Unclaimed Funds - Claim #60-James Barlow $3.13; Claim
                  #191-Joseph/Helen Rubin $3.08; Claim #292-Autumn Furman
                  $3.05 - Ck #77405 (klm) [EOD 07/11/94]

1/19/95   182     Notice of Unclaimed Funds, list of outstanding checks
                  attached, Receipt #81937 for $25,786.50 (mw) [EOD 01/20/95]

3/13/95   183     Final Distribution Report (mw) [EOD 03/13/95]

Docket as of March 4, 1996 8:42 am                    Page 27

Proceedings include events between 1/1/1 and 3/4/96.          CLOSED ARCHIV
89-22980          In re: FIRST NAT'L FINANCIAL PLNG INC

4/17/95   184     Final Decree (mw) [EOD 04/17/95]

4/17/95   --      Case Closed. (mw) [EOD 04/17/95]

6/14/95   185     Motion by Creditor LACE JORDAN to withdraw Moneys under 28
                  USC 2042 (mw) [EOD 06/15/95]

6/14/95   186     Affidavit  BY: Creditor LACE JORDAN RE: [185-1] Motion to
                  withdraw Moneys under 28 USC 2042 by LACE JORDAN (mw)
                  [EOD 06/15/95]

6/14/95   187     Order for Payment of Dividends.  ORDERED that the amount of
                  $6,814.39, constituting an unclaimed dividend is declared
                  due to LACE JORDAN.  FURTHER ORDERED that the Clerk, US
                  Bankruptcy Court, pay this unclaimed dividend to LACE
                  JORDAN. cc:UST (mw) [EOD 06/15/95]

6/29/95   188     Motion by Creditor HELEN RAWLINS to Withdraw Moneys under
                  USC 2042 (mw) [EOD 06/30/95]

6/29/95   189     Affidavit  BY: Creditor HELEN RAWLINS RE: [188-1] Motion to
                  Withdraw Moneys under USC 2042 by HELEN RAWLINS (mw)
                  [EOD 06/30/95]

6/29/95   190     Order for Payment of Dividends.  ORDERED that the amount of
                  $1,501.88, constituting an unclaimed dividend is declared
                  due to HELEN T RAWLINS.  FURTHER ORDERED that the Clerk pay
                  this unclaimed dividend to the order of HELEN RAWLINS.
                  cc:UST (mw) [EOD 06/30/95]

9/27/95   191     Motion By BENITA BRAZIER, Executress for BRAZIER TRUST To
                  Pay Unclaimed Dividends Of $ 2,608.01 To WESLEY R BRAZIER
                  . (mw) [EOD 09/28/95]

9/27/95   192     Affidavit  BY: Creditor BRAZIER TRUST RE: [191-1] Motion To
                  Pay Unclaimed Dividends Of $ 2,608.01 To WESLEY R BRAZIER
                  (mw) [EOD 09/28/95]

9/27/95   193     Certificate Of Service By  Creditor BRAZIER TRUST Of
                  [191-1] Motion To Pay Unclaimed Dividends Of $ 2,608.01 To
                  WESLEY R BRAZIER . (mw) [EOD 09/28/95]

9/27/95   194     Order  Granting [191-1] Motion To Pay Unclaimed Dividends
                  Of $ 2,608.01 To WESLEY R BRAZIER .  ORDERED that the
                  amount of $2,608.01, constituting an unclaimed dividend, is
                  declared due to WESLEY BRAZIER.  FURTHER ORDERED that the
                  Clerk of the US Bankruptcy Court pay this unclaimed
                  dividend to the order of BRAZIER TRUST 1978 and the
                  WASHINGTON RESEARCH TRUST. (mw) [EOD 09/28/95]

9/27/95   195     Motion By PAUL C IRWIN, Atty for SEAQUEST PARTNERS To Pay
                  Unclaimed Dividends Of $ 1,983.68 To DONALD & MARIA REEVES
                  and to SEAQUEST . (mw) [EOD 09/28/95]

Proceedings include events between 1/1/1 and 3/4/96.          CLOSED ARCHIV
89-22980          In re: FIRST NAT'L FINANCIAL PLNG INC

9/27/95  196      Affidavit  BY: Creditor MARIA REEVES RE: [195-1] Motion To
                  Pay Unclaimed Dividends Of $ 1,983.68 To DONALD & MARIA
                  REEVES and to SEAQUEST (mw) [EOD 09/28/95]

9/27/95  197      Affidavit  BY: Creditor SEAQUEST PARTNERS RE: [195-1]
                  Motion To Pay Unclaimed Dividends Of $ 1,983.68 To DONALD &
                  MARIA REEVES and to SEAQUEST (mw) [EOD 09/28/95]

9/27/95  198      Order  Granting [195-1] Motion To Pay Unclaimed Dividends
                  Of $ 1,983.68 To DONALD & MARIA REEVES and to SEAQUEST .
                  ORDERED that the amount of $1,983.68, constituting an
                  unclaimed dividend is declared due to DONALD & MARIA
                  REEVES. FURTHER ORDERED that the Clerk of the US Bankruptcy
                  Court pay this unclaimed dividend to the order of DONALD &
                  MARIA REEVES and SEAQUEST PARTNERS. (mw) [EOD 09/28/95]

2/21/96  199      Motion By KNERICK NOBBEE To Pay Unclaimed Dividends Of
                  Unknown Amount To KENRICK NOBBEE . (mw) [EOD 02/22/96]

2/21/96  200      Affidavit  BY KENRICK NOBBEE: RE: [199-1] Motion To Pay
                  Unclaimed Dividends Of Unknown Amount To KENRICK NOBBEE (mw)
                  [EOD 02/22/96]

3/1/96   201      Order  Granting [199-1] Motion To Pay Unclaimed Dividends
                  Of $1,363.36 To KENRICK NOBBEE . (jc) [EOD 03/04/96]